IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CIVIL ACTION NO. 7:21-CV-177 |
| LESLIE HARRIS AND REBECCA CRENSHAW LYONS, | § § § § | |
| DEFENDANTS. | § § | |

**AGREED MOTION FOR JUDICIAL SETTLEMENT CONFERENCE**

Plaintiff Zurich American Insurance Company ("Zurich") and Defendants Leslie Harris and Rebecca Crenshaw Lyons (collectively, "Defendants") file this Agreed Motion for Judicial Settlement Conference and respectfully request that the Court refer this matter to a Magistrate Judge for a Judicial Settlement Conference on or before April 15, 2022. The parties further request that the Court order the parties and their representatives to attend the Judicial Settlement Conference, with remote attendance optional.

Zurich initiated this interpleader action because it was unable to determine the appropriate distribution of life insurance proceeds between Defendants, who were both designated as contingent beneficiaries by decedent James Lyons, an insured enrolled in a Group Accident Policy, Policy No. GTU 0553396, and a Voluntary Group Accident Policy, Policy No. GTU 0553398, issued by Zurich ("the Zurich Accident Policies"). Mr. Lyons designated both Defendants as contingent beneficiaries under the Zurich Accident Policies without specifying the percentage of proceeds to be paid to each beneficiary. On September 30, 2021, Zurich filed its Original

Interpleader Complaint, seeking to deposit $578,000 in life insurance proceeds into the registry of the Court and to be discharged from further liability regarding payment of the interpleaded funds. On December 20, 2021, Defendants filed their Original Answer, stipulating that the $578,000 in proceeds of the Zurich Accident Policies should be divided equally between the two Defendants pursuant to their agreement. Doc. 7 at 2 ¶¶ 15, 17, 19.

Because Defendants appear to agree about the appropriate distribution of the insurance proceeds, the parties believe that a court-moderated settlement conference will allow them to achieve a prompt, cost-effective resolution of this matter. The parties agree that in-person attendance is not necessary and request that the Court allow them to attend the settlement conference remotely, at their option.

Based upon the foregoing, Plaintiff Zurich American Insurance Company and Defendants Leslie Harris and Rebecca Crenshaw Lyons jointly request that the Court refer this case to a Magistrate Judge to hold a Judicial Settlement Conference on or before April 15, 2022 to resolve any remaining dispute regarding distribution of the insurance proceeds.

    Respectfully submitted,

    **THOMPSON, COE, COUSINS & IRONS, L.L.P.**

    By: */s/ Rodrigo "Diego" Garcia, Jr.*
        RODRIGO "DIEGO" GARCIA, JR.
        State Bar No. 00793778
        Email: dgarcia@thompsoncoe.com
        One Riverway, Suite 1400
        Houston, Texas 77056
        Telephone: (713) 403-8210
        Facsimile: (713) 403-8299

    **ATTORNEY FOR PLAINTIFF ZURICH AMERICAN INSURANCE COMPANY**

and

**STEVE BRANNAN, ATTORNEY, P.C.**

By: /s/ Steve Brannan
STEVE BRANNAN
State Bar No. 02891400
Email: sbrannan@stevebrannan.com
308 North Jackson
Odessa, Texas 79761
PO Box 3747
Odessa, Texas 79760
432-580-5850
432-580-8540 - FAX

**ATTORNEY FOR DEFENDANTS LESLIE HARRIS AND REBECCA CRENSHAW LYONS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served in accordance with the Federal Rules of Civil Procedure on all counsel of record via the CM/ECF system on this 15th day of March, 2022.

*/s/ Rodrigo "Diego" Garcia, Jr.*
Rodrigo "Diego" Garcia, Jr.