# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE CO., § § § | |
| *Plaintiff*, § § | |
| v. § | MO:21-CV-177-DC-RCG |
| § § | |
| LESLIE HARRIS and REBECCA CRENSHAW LYONS, § § § | |
| *Defendants*. § | |

## ORDER SETTING SETTLEMENT CONFERENCE

BEFORE THE COURT is Plaintiff Zurich American Insurance Co., and Defendants Leslie Harris and Rebecca Crenshaw Lyons's Agreed Motion for Judicial Settlement Conference. (Doc. 13). This case is before the undersigned through a Standing Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges. After due consideration, the Court **GRANTS** the Parties' Agreed Motion for Judicial Settlement Conference. (Doc. 13).

It is hereby **ORDERED** that a Settlement Conference shall be held via Zoom on **April 8, 2022, at 1:30 p.m.** The Court will supply the Parties with the necessary Zoom meeting information via email within 24 hours of the scheduled hearing time.

It is further **ORDERED** that each party shall have present at the time of settlement conference the client(s), or representative of the client(s), with full authority to settle the case.

It is so **ORDERED**.

SIGNED this 29th day of March, 2022.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE