IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **ZURICH AMERICAN INSURANCE CO.,** | § § | |
| *Plaintiff,* | § § | |
| v. | § | NO. MO:21-CV-00177 |
| | § | |
| **LESLIE HARRIS, ET AL.** | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Advisory on Settlement (Doc. 15) filed April 8, 2022. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **FORTY-FIVE (45)** days from the docketing of this Order.

All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 11th day of April, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE